AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   19-CR-0507-PAB |
| JOSHUA DAVID GESS | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSHUA DAVID GESS                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1): Possession of a Firearm/Ammunition by a Prohibited Person.

21 U.S.C. § 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute, 50 grams and more of methamphetamine (mixture).

18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

➕

Date:     12/5/2019

*s/S. Phillips, Deputy Clerk*

*Issuing officer's signature*

City and state:      Denver, Colorado

Jeffrey P. Colwell, Clerk of Court

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

*Arresting officer's signature*

*Printed name and title*