AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 DEC 10 AM 6:52

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 19-CR-0507-PAB |
| JOSHUA DAVID GESS | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSHUA DAVID GESS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1): Possession of a Firearm/Ammunition by a Prohibited Person.

21 U.S.C. § 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute, 50 grams and more of methamphetamine (mixture).

18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date: 12/5/2019

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/6/19, and the person was arrested on *(date)* 12/9/19
at *(city and state)*

Date: 12/9/19

*Arresting officer's signature*

A. Anderson ATF TFO
*Printed name and title*