IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cr-00507-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSHUA DAVID GESS,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on defendant's Motion for Bill of Particulars [Docket No. 17], Motion to Proceed Pro Se and Appoint Advisory Counsel [Docket No. 18], Motion for a Veracity Hearing [Docket No. 19], Motion to Dismiss Pursuant to Fed. Crim. P. 48 [Docket No. 20], Motion for Independent Laboratory/Scientific Tests [Docket No. 21], Motion to Compel Disclosure of Exculpatory Evidence [Docket No. 22], Motion for Review and Amendment of Release Order [Docket No. 23], Motion to Sever and Try Offenses Separate [Docket No. 28], Motion to Suppress Evidence [Docket No. 29], Second Motion to Suppress Evidence [Docket No. 30], Objection to Grand Jury, Probable Cause, Pretrial Detention [Docket No. 31], and a letter addressed to the Court that Court construes as a motion for a hearing on alleged violations related to defendant's pretrial detention in the custody of the Bureau of Prisons [Docket No. 32].

    Defendant's motion to proceed *pro se* and appoint advisory counsel requests substantially similar relief to a motion filed by defendant and ruled on by the Court during a hearing on December 30, 2019. *See* Docket No. 16. Thus, the Court will deny Docket No. 18 as moot. The Court will order the government to respond to the remaining motions. It is therefore

    **ORDERED** that defendant's Motion to Proceed Pro Se and Appoint Advisory Counsel [Docket No. 18] is **DENIED AS MOOT**. It is further

    **ORDERED** that the United States shall respond to defendant's Motion for a Veracity Hearing [Docket No. 19], Motion to Compel Disclosure of Exculpatory Evidence [Docket No. 22], Motion for Review and Amendment of Release Order [Docket No. 23], Objection to Grand Jury, Probable Cause, Pretrial Detention [Docket No. 31], and motion for hearing on alleged violations related to defendant's pretrial detention [Docket

No. 32] on or before **January 10, 2020**.  The United States shall respond to defendant's Motion for Bill of Particulars [Docket No. 17], Motion to Dismiss Pursuant to Fed. Crim. P. 48 [Docket No. 20], Motion for Independent Laboratory/Scientific Tests [Docket No. 21], Motion to Sever and Try Offenses Separate [Docket No. 28], Motion to Suppress Evidence [Docket No. 29], and Second Motion to Suppress Evidence [Docket No. 30] on or before **January 17, 2020**.

    DATED January 6, 2020.