United States District Court of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 15 2020
JEFFREY P. COLWELL
CLERK

USA
v.
Joshua Gess

19CR0507

## Affidavit In Support of Veracity Motion

Defendant has tangible, impeachable materials that will show the Government and ATF committed perjury and defendant will show through a veracity hearing, which defendant requests witnesses be sequestered to preserve the integrity of the proceedings. The defendant intends to prove that lies, perjury and blatant misrepresentation of facts, by design were intended to make defendant look guilty simply out of prejudice defendant a parolee, has been denied any dueprocess or justice and unlawfully incarcercerated as a result.

At no time prior 1-8-20 were any type of test performed on any of the six "bags" of alleged meth. Despite this the Grand Jury was told defendant possessed 118 grams of meth.

On 1-8-20 the Jeff. Co. Crime lab determined that 2/3 or 4 out of the 6 bags were not meth. 1 bag was no drug at all —

This establishes the need for a veracity challenge. Defendant will impeach testimony provided intentionally to Grand Jury. Due Process and fairness in process demands defendant be given a chance to be heard. Is it not a felony to commit perjury?

Respectfully Submitted,

Joshua Gess
1-10-20

Joshua Epps
45589013
9595 W. Quincy Ave.
Littleton, CO 80123

Legal Mail
1-10-20

US DISTRICT COURT
901 19th St. Room A105
Denver, CO. 80294

Legal Mail 1-10-20

Legal Mail
1-10-20