FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2020
JEFFREY P. COLWELL
CLERK

1-14-20

Dear Judge Brimmer:

I'm writing to let you know (make a record) I recieved no motions from the "Government" by 1-10-20 as ordered by the court so I assume they are not filing any.

I also recieved no replies to the motions you directed them to answer by 1-10-20 either.

Additionally defendant still without standby, investigator or trial prep options.

F.D.C. denied prose mail again - including defense file - denying me 6th Right to prose.

Goverment still hasn't completed discovery.

Goverment withholding discovery and exculpatory evidence.

Goverment admits no evidence to count two yet threatens to refile on me if I dont plea despite her own admission theres no evidence.

Defendant wishes for a speedy process but no discovery, no subpoena requests answered. Defendant denied law library, legal access, ADA accomodations, ~~course~~ standby, investigator, FDC denying legal mail due to prose status.

This is not justice at all,

Systematically targeting "fish in a barrel", is not what the framers of our Constitution had in mind.

I will not give up at any cost, I am innocent.

Respectfully,

NO ADA Accomodations
NO materials
NO copies
NO phone
NO legal access
NO legal mail
NO legal investigator

Just? equal? fair?

To Whoever This Concerns,

I lived at 8008 Pierson Ct., Arvada, CO. 80005 on 10-28-19 when my room was raided by armed parole officers who forcefully took me out of my bedroom at gun point for no reason what so ever. I did not give permission to search or consent of any kind to enter my areas of the home. Parole took privately owned firearms of mine which I legally own. Joshua had no knowledge of what was in my room. Why would he it was my room why would I allow someone to inventory my personal space, that is bizarre. Joshua was arrested in the living room portion of my area and wasn't even in my room. At no time were parole authorized to be in my area or search my belongings. Joshua slept in his car in the driveway not the house.

Thank you.

Brittany

State of Colorado, County of Douglas
Subscribed and sworn to before me this 19th day of
November, 2019 by Brittney Alka,

_Jordan Hufford_
NOTARY PUBLIC

JORDAN MICHAEL JOHN HUFFORD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194035221
MY COMMISSION EXPIRES 09/13/2023

"Exhibit F"

Colorado Board of Parole,                                                October 30, 2019

My house is located at 8008 Pierson Ct. Arvada CO. 80005. Mr. Joshua Gess was allowed from time to time to park a Red Ford Explorer in the Driveway ONLY in which he was allowed to sleep. Mr. Gess did not rent a room from me nor did Mr. Gess live inside the house.

On October 28, 2019 Denver Parole Officers entered my home illegally neither did they have consent nor permission to enter my home. At no point have I ever nor do I give Denver Parole or any Law Enforcement consent to search my home. Not only did they search unlawfully, the forced entry illegally as well.

Parole then proceeded to violate the rights of my renter Brittany by searching her room and area of the house without authorization consent or permission.

Due to further civil legal action I offer nothing further at this point.

Sincerely,
X_____
Ms. Trenda Martin

- Agree to immediately withdraw your currently filed motions and file no other motions except as regards to sentencing.
- Inform me (303-454-0100) or your stand-in counsel by phone that you wish to file a notice of disposition by **January 17, 2020**. The government will then file a joint notice of disposition or your stand-in counsel will file a notice of disposition.

In return, the government will agree to do the following:

- Dismiss Count 2 of the indictment
    - Note this Count carries a mandatory minimum of 5 years, and while it contemplates more than 50 grams of a mixture containing methamphetamine, which is no longer supported by the evidence, another charge for possessing more than 5 grams of pure methamphetamine would likely be charged should this case proceed to trial, and would also carry a mandatory minimum of 5 years that would be added to the mandatory 5 years associated with Count 3, for a mandatory minimum sentence totaling 10 years.
- Recommend a within guideline sentence as finally determined by the court.

If you are interested in entering into a plea agreement with the terms outlined above, please feel free to contact me personally or through your stand-in counsel. Thank you.

Sincerely,

*s/Kelly R. Churnet*
Kelly R. Churnet
Assistant United States Attorney

cc: FPD Mary Butterton

*[Handwritten annotation: "There isn't 5 grams? How can?"]*

2

Joshua Gess
4558901-3
9595 W. Quincy Ave.
Littleton, CO 80123

Legal Mail
1-14-20

Legal Mail
1-14-20

Ex Parte
Chief Judge Brimmer
901 19th St. Room A105
Denver, CO 80294

Legal Mail
1-14-20

80254-250099

15 JAN 2020 PM 5