United States District Court of Colorado

USA
v.
Joshua Goss

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

19CR0507

JAN 23 2020

JEFFREY P. COLWELL
CLERK

Motion Objecting to Continuing Trial Date Beyond February 3, 2020

The defendant has been abused enough by the injustice he has had to endure, he absolutely objects to the Governments request to continue the trial date.

Defendant makes clear - his prior request was intended in relation to pretrial motions. Thus it is particularly critical to allow for an <u>actual</u> in person motions hearing where defendant can execute his requests without confusion or misrepresentation of FACTS by the Government.

The Government has violated every process, right and almost every proceeding defendant has had thus far and continues to deny discovery, to dismiss counts they admit they can't prosecute. This is not lawful or moral, defendant wants a 12 person jury to hear what is going on.

Defendant alone, denied every part of due process will not be denied his right to speedy trial. The Government has the full force of the United States, DOJ, ATF, DEA etc on its team against a sole indigent incarcerated, disabled pro se inmate denied legal access, denied discovery, denied confrontation, denied evidence, denied CJA resources, denied defense preparation since October 28, 2019 to victimize the defendant.

The defendant has had the case since 12/30/19 - Why would the Government require continuance? Absurd. The Government is the one who persecuted defendant. Not the other way.

[illegible]
1558903
9595 W. [illegible] Ave
Littleton CO 80123

Legal Mail
1-20-20

United States District
Court
901 19th St
Denver CO 80294

