20-20

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2020

JEFFREY P. COLWELL
CLERK

Judge,

Defendant cannot see the content clearly enough of the photos used in his case, the images copied poorly, Defendant needs an entire all set of the photos in which you can actually see the items in the photos.

Defendant also believes the Government is withholding more photos from the investigation of this case, I would like to an investigation into the Government for withholding evidence.

The Gov. still doesn't given out his discovery. The Gov has not answered subpoenas. Government denying CRITICAL DISCOVERY STALLING FOR TIME Defendant Contests ANY CONTINUANCE by the Government. I'm the one who has to sit in jail. The Gov. is the one who made the bogus case against me. They shouldn't try so hard to prosecute as much as seek justice,

I never asked the Gov for a continuance, I never asked for a plea bargain, I filed timely discovery requests, and thus far the Gov. has only provided fuzzy can't see crap photos, out of time line, not from date in question. So they are either committing fraud on the Court or both the court and defendant.

Judge - this is a man's life which has been given no face value because he's a parolee.