IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.:  19-cr-00507-PAB | Date:   January 29, 2020 |
| Courtroom Deputy:    Sabrina Grimm | Court Reporter:   Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kelly Churnet |
| Plaintiff, | |
| v. | |
| 1.  JOSHUA DAVID GESS, | Pro se |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**9:08 a.m.      Court in session.**

Appearances of counsel.  Defendant present in custody.

Also present, Mary Butterton, as advisory counsel to defendant.  Agent Aaron Anderson is seated at Government's counsel table.

Mr. Gess states he wants Ms. Butterton to represent him again.

**ORDERED:  Defendant's oral motion to re-appoint Mary Butterton and the Office of the Federal Public Defender is GRANTED.**

**ORDERED:  Defendant's oral motion to withdraw all pending motions is GRANTED without prejudice.  Docket Nos. 20, 21, 29, 30, 31, 32, 34, 39, 47, 48, 49, 50, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 68, 74, 75, 76, 78, 79, 80, 89, 90, 91, and 93 are WITHDRAWN.**

**ORDERED:  Defendant's oral motion to vacate the trial date set for February 3, 2020 and the trial preparation conference set for January 30, 2020 is GRANTED.**

**ORDERED:**   Defendant's oral notice of disposition will toll speedy trial.  Ms. Butterton shall follow up with a written notice of disposition, as discussed.

**ORDERED:**   A Change of Plea Hearing is set for February 27, 2020 at 2:30 p.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:**   Defendant is remanded to the custody of the U. S. Marshal.

**9:22 a.m.**   Court in recess.

Hearing concluded.
Total in-court time:    00:14