IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00507-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSHUA DAVID GESS,

        Defendant.

---

**UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING**

---

        Defendant, Joshua David Gess, by and through counsel, Assistant Federal Public Defender Mary V. Butterton, respectfully moves this Court for an order continuing the currently- set Change of Plea hearing by approximately 30 days, to a date in late March. In support of this request, he states as follows:

        1.    On January 29, 2020, Mr. Gess filed a Notice of Disposition in this matter, after reaching a tentative agreement with the Government on his pending charges. Doc. 110.

        2.    The Court set a Change of Plea Hearing for February 27, 2020. Doc. 108.

        3.    The parties have recently learned of additional discovery in this matter that will likely affect the guideline calculation and ultimate sentencing position of the parties. This discovery requires follow up investigation and likely additional negotiation between the parties of the terms of the plea agreement.

        4.    This follow-up can be accomplished by the middle of March 2020.

        5.    Undersigned counsel has contacted Assistant United States Attorney Kelly Churnet, who does not object to this request.

Wherefore, Mr. Gess respectfully moves this Court to continue the Change of Plea Hearing set for February 27, 2020 to a date approximately 30 days removed.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

    I hereby certify that on February 13, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Kelly Churnet, Assistant United States Attorney
    Email: kelly.churnet@usdoj.gov

    Garreth Winstead, Assistant United States Attorney
    Email: garreth.winstead@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Joshua Gess (via U.S. Mail)

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant