Re: 19CR0507

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 13 2020
JEFFREY P. COLWELL
CLERK

Joshua Goss
45589013
9595 W. Quincy Ave
Littleton, CO 80123

Dear Clerk and Court:

I am both indigent and disabled, I have dual (bi-lateral) impingement syndrome and this causes problems. I submitted motions regarding this.

#1. The ct. authorized to order support services for indigent pro se defendant.

#2. The ct. authorized to ~~peti~~ order FDC to provide access to word processor and paper free of charge to defendant to prepare legal research, letters, and motions.

   A. Defendant indigent.

   B. The ADA requires accommodations; and extensive writing causes defendant excessive extreme pain - defendant recieving no treatment or medication for this despite HUGE volumes of documentation from doctors, surgeons, MRI, CAT scan, X-rays verifying conditions.

#3. Defendant has no access or VERY LIMITED (on an unspecified day or time access to a fee based copier) defendant indigent and cannot pay for copies. Defendants medical condition prohibits meaningful periods of handwriting motions.

#4. Not adequate bedding compounds pain and disability enhancing current problems.

There are varied solutions; compassionate release to defend case meaningfully; provide free copies, paper, postage, pens and access to free legal calls, remove minute restriction on phone allowing defendant to investigate his case.

This current practice violates 1, 5, 6, 8, 14 USCA, equitable to shutting pro se in a drawer - denying disabled indigent pro se defendant ADA access and access to court and support services due to indigence. Def asks for investigation and participation by the court in a solution. Joshua Goss