19 CR 507

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 13 2020
JEFFREY P. COLWELL
CLERK

5-10-20

Honorable Judge Mix:

My atty filed a motion for reconsideration of detention order on April 22, 2020.

Several issues were left out, #1. I was never provided a detention order subsequent to my new "superseded" indictment, and at my first detention hearing; it was made record we reserved our right to raise new hearing. I've never had a detention hearing and I would request I be given a formal detention hearing as any other defendant. How can there be a reconsideration for an event that never occured.

Next, currently Mrs. Butterton has record of tx. for asthma but has not submitted to the court. Additionally the FDC has prescribed Albuterol (which is an inhaler for Asthma) but has given me a Diagnosis of Reactive Airway Disease - no tests have been preformed despite history, recomendations by surgeon and referal to National Jewish for sleep study due to low oxygen levels while sleeping postoperation. Semantics could kill me. Mrs. Butterton has these records.

Third, I had colon resection done had a 54mm polyp removed and 8-10 inches of colon. I was suppose to see surgeon for followup Dec 2019. I was admitted to ER 4 times postop for infections and had a complicated recovery. The FDC cannot treat me. The BOP has classified my need as "URGENT," BOP's words, they made this determination in Feb. 2020 - I'm now 6 months past due for grave medical needs I've had numerous complications while in FDC over my bowells and stomache.

I was also in physical therapy due to two shoulder surgeries, 7 spinal procedures in the year prior my arrest. I have TWO DDD, Degenerative Disc Diseases, and numerous spinal conditions I was under care for at the time of my arrest. I require orthotics, standing restrictions, bedding and medication (non narcotic) as well as completing my spinal diagnostics for end result in either fusion or nerve ablation.

In addition because of covid I ask the ct. to ask Mrs. Butterton to produce all my medical records from Sheridan Health, New Health and Sally Jobe. Trying to express medical information from a lay point to a legal point is impossible. Let my records speak for me.

I am in extreme pain everyday with life threatening colon issues I believe the court could consider when looking at my detention. There has been new discovery that directly changes the likelihood of conviction that shows the Grand Jury was provided misinformation regarding veracity of the facts of my case.

Please let my medical records speak for me. FDC medical staff has provided me the reply - you will NOT recieve care here. This literally is torture.
So far heres med list showing Albuterol for Reactive Airway Disease. Mrs. Butterton has the other records. Respectfully

19CR507   5/10/20

Dear Clerk:
Please give Judge Mix the enclosed letter and med sheet regarding a request for detention hearing.

Thank You Very Much.

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** ENG--ENGLEWOOD ~~FCI~~ FDC | **Begin Date:** 05/04/2020 11:54 | **End Date:** 05/04/2020 11:54 |
| **Inmate:** GESS, JOSHUA | **Reg #:** 45589-013 | **Quarter:** J06-021U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**           Denied

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT   *For Reactive Airway Disease (asthma)*
**Shake well** Inhale 2 puffs by mouth four times a day as needed for shortness of breath. **Inhaler should last at least 30 days** do not use regularly, only for as needed use.
**Rx#:** 116170-ENG       **Doctor:** Cordova, Frankie NP-C
**Start:** 04/28/20       **Exp:** 05/28/20            **Pharmacy Dispensings:** 8.5 GM in 10 days

Docusate Sodium 100 MG Cap
Take one capsule (100 MG) by mouth each day with large glass of water to soften stool.
**Rx#:** 115365-ENG       **Doctor:** Oba, D. MD, CD
**Start:** 04/02/20       **Exp:** 07/01/20            **Pharmacy Dispensings:** 60 CAP in 36 days

Ibuprofen 600 MG Tab
Take one tablet (600 MG) by mouth up to three times daily with food AS NEEDED for pain. "Chronic Care Verified" - O/R.
**Rx#:** 115362-ENG       **Doctor:** Oba, D. MD, CD
**Start:** 04/02/20       **Exp:** 09/29/20            **Pharmacy Dispensings:** 90 TAB in 36 days

Prazosin Cap 1 MG
Take one capsule (1 MG) by mouth at bedtime for PTSD.
**Rx#:** 115364-ENG       **Doctor:** Oba, D. MD, CD
**Start:** 04/02/20       **Exp:** 09/29/20            **Pharmacy Dispensings:** 60 CAP in 36 days

traZODone HCl 100 MG Tab
Take one tablet (100 MG) by mouth at bedtime ***pill line*** . *consent form on file * . ***Do Not Crush*** . ***pill line***
**Rx#:** 115363-ENG       **Doctor:** Oba, D. MD, CD
**Start:** 04/02/20       **Exp:** 09/29/20            **Pharmacy Dispensings:** 30 TAB in 36 days

