# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00507-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JOSHUA DAVID GESS,**

    Defendant.

## UNITED STATES' MOTION TO RESTRICT

The United States of America hereby requests permission to file the United States Response to Defendant's Motion to Reconsider Pretrial Detention Order under restriction, as the defendant's motion is under restriction, and the United States' response refers to certain contents of that motion and attachments.

Respectfully submitted this 19th day of June, 2020.

                                  JASON R. DUNN
                                United States Attorney

                By:    */s/ Garreth Winstead*
                        GARRETH WINSTEAD
                        Assistant United States Attorney
                        1801 California St., Suite 1600
                        Denver, Colorado 80202
                        Phone:  (303) 454-0100
                        Fax:  (303) 454-0405
                        E-mail:  garreth.winstead@usdoj.gov
                        Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/ E. Garreth Winstead*
E. GARRETH WINSTEAD
Assistant United States Attorney