**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00507-PAB

UNITED STATES OF AMERICA,

       Plaintiff

v.

1.  JOSHUA DAVID GESS
         Defendant

---

**MOTION TO RESTRICT ACCESS TO ECF 192**

---

      Comes now the defendant, by and through court appointed counsel, Daniel T. Smith and moves the Court pursuant to D.C.COLO.LCrR 47.1(c) to restrict access to ECF 192  filed in this case to the Court, the government, and the filing party.  The grounds for this motion are set forth in the accompanying brief that is filed as a restricted document (level 2).

      Respectfully submitted this 17th day of August, 2020.

                          /s Daniel T. Smith
                          *Daniel T. Smith*
                          4582 S. Ulster #1400
                          Denver, Co. 80237
                          Phone: 303-860-8100
                          Fax: 303-860-8018
                          E-mail: danieltsmith@qwestoffice.net
                          Attorney for Joshua David Gess

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I electronically filed **MOTION TO RESTRICT ACCESS**  with the Clerk of Court using the CM/ECF system who will send notification of such filing to all counsel of record.

/s Daniel T. Smith