United States District Court

USA
v.
Joshua Gess

19CR0507 PAB

Emergency Petition To Hear Reconsideration of Detention Already Filed Since 4-22-20, today is 8-18-20 MEDICAL EMERGENCY

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 21 2020
JEFFREY P. COLWELL
CLERK

Magistrate Mix has had the Doc's 152, 174 and 179 before the court since 4-22-20, 6-16-20 and 6-19-20 despite this has not issued a ruling.

Defendant in addition to papers filed here moves the court to take notice of 20CV1790 PAB-STV, as allowed.

Despite defendant has over four months seeking a hearing, voicing concerns, needing medical care, filing a Habeaus under 2241 and a civil claim in 20CV1790 has not only been placed in the unit with COVID has provided documentation that FDC failed to follow CDC guidelines.

Additionally, defendant has (4) broken teeth, two broke in the last 8 days, defendant can't eat, chew, sleep, think. FDC refuses any help, no temp dental, no salt, no pain meds, no mouthwash, zero medical care. Defendant notified nurse Davie, Nurse Grimes, Nurse Williams. Nurse Grimes on 8-18-20 8AM, Nurse Williamson on 8-17-20 at 6pm. Williamson said due to COVID you will recieve no care. Theres no dental.

I require emergency medical attention please HELP ME, COVID denying me right to basic human care in violation of Geneva Convention, Convention Against Torture and International Covenant on Civil & Political Rights.

Dental nerve pain to most extensive. Damage obvious, an untrained human eye can see the four broken teeth. To deny emergency medical care is torture. Please help me.

Joshua Gess
45589-013
9595 W. Quincy Ave.
Littleton, CO 80123

US Dist Ct.
Magistrate Mix Emergency Medical Issue
901 19th St.
Denver, CO. 80294

8-18-20