IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Paul A. Brimmer

CASE NO.  **19-cr-507-PAB**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**1. JOSHUA DAVID GESS,**

        Defendant.

_____

**DEFENDANT JOSHUA DAVID GESS' UNOPPOSED MOTION FOR AN ENDS OF JUSTICE CONTINUANCE**
_____

        COMES NOW, defendant Joshua David Gess, by and through his attorney David L. Owen, Jr., and respectfully requests this Court make an Ends of Justice finding pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(ii) and exclude 60 days from the speedy trial calculations pursuant to Title 18 U.S.C. §§3161(h)(7)(B)(I - iv). Additionally, counsel requests rescheduling of the Pretrial Motions deadline, Trial Preparation Conference and Jury Trial dates. In support thereof counsel states as follows:

PROCEDURAL HISTORY

        1)    On December 5, 2019, an Indictment was filed charging Mr. Gess in Count One with violation of Title 18 U.S.C. §922(g)(1), that is being a felon in possession of a firearm; in Count Two with a violation of Title 21 U.S.C. §§841(a)(1) & (b)(1)(B), this is knowingly and intentionally possessing with intent to distribute 50 grams or more of a mixture and substance methamphetamine , a schedule II controlled substance; and in

Count 3 with a violation of Title 18 U.S.C. §924(c)(1)(A)(I), that is knowingly possessing a firearm in furtherance of a drug trafficking crime (Doc.1)  An Arrest Warrant was issued (Doc. 2).

2) On December 9, 2019,  Mr. Gess was arrested and the Initial Appearance set for later that day (Doc. 3)

3) On December 10, 2019, Mr. Gess appeared before the Honorable Nina Y. Wang, United States Magistrate Judge for the District of Colorado for his Initial Appearance. The Court appointed counsel to represent Mr. Gess throughout the case and at defense counsel's request, the Detention hearing be set outside of the statutory deadline of 3 days limit. Magistrate Wang set the Arraignment, Discovery and Detention hearing for December 13, 2019 before Magistrate Judge Kristen L. Mix, United States Magistrate Judge for the District of Colorado (Doc. 5).

4) On December 9, 2019, Assistant Federal Public Defender Mary Butterton filed her Entry of Appearance on behalf of Mr. Gess (Doc. 9).

5) On December 13, 2019, Magistrate Mix conducted the Arraignment, Discovery Conference and Detention hearing. Mr. Gess entered a plea of Not Guilty and did not contest detention in the belief there existed a Parole Hold. However, Mr. Gess did reserve his right to request the detention hearing be reopened on the basis of changed circumstances. Magistrate Mix accepted his stipulation to detention and verbally entered into the record there did not exist any condition or combination of conditions (Doc. 10).

6) On December 13, 2019, Magistrate Mix entered her Order of Detention (Doc. 11).

7)   On December 13, 2019, the District Court entered his orders setting Trial Dates and Deadlines (Doc. 13).

8)   On December 20, 2019, AFPD Mary Butterton filed a Motion to Withdraw as Attorney (Doc. 14).

9)   Om December 30, 2019, Mr. Gess filed a Motion to proceed  Pro Se and have Advisory Counsel appointed (Doc. 18). The Court denied Ms. Butterton's Motion to Withdraw (Doc. 14) and entered an Order permitting Mr. Gess to proceed Pro Se and appointing APFD Mary Butterton as Advisory counsel (Doc. 26).

10)   On January 15, 2020, the Government filed a Motion to Continue Trial (Doc. 43).

11)   On January 21, 2020, the Court denied the Government's Motion to Continue Trial (Doc. 72) .

12)   On January 23, 2020, a Superseding Indictment was filed charging Mr. Gess in Count One with violation of Title 18 U.S.C. §922(g)(1), that is being a felon in possession of a firearm; in Count Two with a violation of Title 21 U.S.C. §§841(a)(1) & (b)(1)(B), this is knowingly and intentionally possessing with intent to distribute 5 grams or more of methamphetamine (actual) , a schedule II controlled substance; and in Count 3 with a violation of Title 18 U.S.C. §924(c)(1)(A)(I), that is knowingly possessing a firearm in furtherance of a drug trafficking crime (Doc. 86).

13)   On January 29, 2020, a Motions Hearing was held. Mr. Gess orally moved to have AFPD Mary Butterton reappointed as counsel. He further orally moved to withdraw all of his previously filed motions. The Court granted both motions. Mr. Gess then provided the Court with an oral Notice of Disposition. The Court vacated all

scheduled trial dates and set a Change of Plea hearing for February 27, 2020 (Doc. 108).

14) On January 29, 2020, AFPD Mary Butterton filed a written Notice of Disposition with the Court (Doc. 110).

15) On February 13, 2020, AFPD Mary Butterton filed a Motion to Continue the Change of Plea Hearing scheduled for February 27, 2020 (Doc. 121).

16) On February 14, 2020, the Court granted the Motion to Continue the Change of Plea Hearing and directed counsel to contact chambers to reschedule the Change of Plea hearing (Doc. 147).

17) On February 18, 2020, the Court entered an Order setting the Change of Plea hearing for April 9, 2020 (Doc. 148).

18) On March 13, 2020, the Court in capacity as Chief Judge for the District of Colorado entered District Court General Order 2020-2, continuing all jury trials until further order of the Court.

19) On March 27, 2020, the Court in capacity as Chief Judge for the District of Colorado entered District Court General Order 2020-3, superseding General Order 2020-2 and continuing all jury trials until further order of the Court.

18) On March 31, 2020, the Court vacated the Change of Plea hearing scheduled for April 9, 2020, and rescheduled it for June 26, 2020 (Doc. 151).

19) On April 23, 2020, AFPD Mary Butterton filed a Second Motion to Withdraw as Counsel for Mr. Gess and a Request that counsel be appointed (Doc. 155).

20) On May 29, 2020, the Court ordered Mr. Gess to file a response to AFPD Mary Butterton's Motion to Withdraw as Counsel (Doc. 164)

21)     On June 18, 2020, the Court granted AFPD Mary Butterton's Motion to Withdraw and ordered the appointment of an attorney from the Criminal Justice Act Panel to represent Mr. Gess (Doc. 175).

22)     On June 19, 2020, Mr. Dan Smith, a CJA panel attorney entered his appearance on behalf of Mr. Gess (Doc. 177).

23)     On July 17, 2020, the Court entered an Order rescheduling the Change of Plea hearing for August 21, 2020 (Doc. 185).

24)     On August 17, 2020, counsel for Mr. Gess, Dan Smith, filed a Level 2 Restricted Motion to continue the Change of Plea hearing scheduled for August 21, 2020 (Doc. 192).

25)     On August 24, 2020, the Court entered an Order rescheduling the Change of Plea hearing to September 15, 2020 (Doc. 199).

26)     On September 10, 2020, counsel for Mr. Gess, Dan Smith, filed a Motion to Continue the Change of Plea hearing scheduled for September 15, 2020 (Doc. 200).

27)     On September 14, 2020, the Court entered an Order rescheduling the Change of Plea hearing to October 2, 2020 (Doc. 202).

28)     On September 15, 2020, in response to Mr. Gess' Motion to Appoint Counsel (Doc. 203) attorney Dan Smith filed a Motion to Withdraw as Attorney for Mr. Gess (Doc. 207).

29)     On September 17, 2020, the Court set a Motions hearing date for September 22, 2020, to consider defendant's Motion (Doc. 203) and attorney Dan Smith's Motion (Doc. 207) (Doc. 212).

30)     On September 22, 2020, after considering Doc. 203 and Doc. 207, the Court granted both motions and Ordered the appointment of a Criminal Justice Act attorney be appointed to represent Mr. Gess (Doc. 216)

31)     On September 24, 2020, the undersigned counsel entered his appearance (Doc. 220).

<u>REASONS FOR ENDS OF JUSTICE CONTINUANCE</u>

32)     This is a case alleging possession of a firearm by a convicted felon, possession with intent to distribute 5 grams or more of Methamphetamine (actual) and knowingly possessing a firearm in furtherance of a drug trafficking crime. These charges arise from a search by Colorado Community Parole Officers predicated upon an anonymous tip Mr. Gess was in possession of firearms.

33)     Counsel has only been involved with this case, as of the writing of this Motion, for a total of 24 days. During this time counsel has had to prepare and file a brief with the 10th Circuit Court of Appeals upon the pro se filing of a Notice of Appeal filed by Mr. Gess.

34)     Counsel needs additional time to fully review the contents of discovery, communicate with client and discuss the nature of the case. Additional time is necessary to determine the need for and preparation of any potential "counsel inspired" pretrial motions, the extra time for the prosecution to respond to those motions, plus the potential motions hearing for the Court to consider those motions.

35)     Counsel will need to obtain authorization to engage a CJA approved investigator to conduct an investigation into the allegations, locate and interview potential witnesses, and assist in the preparation of potential defenses to the

allegations. With the current trial setting of November 9, 2020, there is only 22 days until trial.

36)     Further complicating the effective preparation for trial is the inability to consult with Mr. Gess in a secure and confidential manner. Scheduling "legal phone calls" with a client in BOP detention is generally a process that takes 2 weeks between request for legal phone call and the scheduled date for the call. There is currently a "legal phone call" with Mr. Gess scheduled for October 27, 2020.

37)     While technically, counsel could schedule an in-person visit with Mr. Gess at the Federal Detention Center (FDC), the latest COVID-19 numbers for FDC (85 potential infections) make that facility a COVID hotspot. Undersigned counsel does technically belong in the high-risk category due to age.

38)     With the current trial setting of November 9, 2020, there is only 22 days until trial.

39)     Additionally, counsel has 2 state court hearing previously scheduled for the week of November 9, 2020.  *People v. Frost*, 20-cr-3088 on Monday, November 9, 2020 and *People v. Witty*, 2020-cr-1518 for Thursday, November 12, 2020.

## LEGAL AUTHORITY

40)   The decision to grant an ends of justice continuance is within the sound discretion of the Court, and is reviewed under the abuse of discretion standard. *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009). "Adequate preparation time is a clearly permissible reason for granting a continuance and tolling the Speedy Trial Act." *United States v. Gonzales*, 137 F.3d 1431, 1435 (10th Cir. 1998). However, "such a reason must be supported by the information and evidence presented to the district

court." *United States v. Medrano,* 356 Fed.Appx. 102, 106 (10th Cir. 2009) (citing *Gonzales*, supra).

41) Counsel submits that even exercising all due diligence in an effort to meet the current deadline for trial, counsel would be rendering ineffective assistance of counsel in representation of Mr. Gess because of the inadequate time for preparation of a defense to the charges contained in the Superseding Indictment.

42) Counsel has conferred with Mr. Gess who agrees a continuance of the current trial setting to allow counsel to adequately prepare a defense to the charges

43) Counsel has conferred with AUSA Kelly Churnet, counsel for the Government. She relates no objection to the granting of a 30 day Ends of Justice continuance.

44) Counsel has currently has 2 jury trials scheduled for the month of December, 2020. A 4 day jury trial scheduled in *United States v. Garcia-Aragon*, 20-cr-161-WJM beginning on November 30, 2020, and a 5 day jury trial scheduled in *People v. Fox*, case # 18-cr-632, beginning on December 14, 2020, in Garfield County.

WHEREFORE the reasons stated above the undersigned counsel respectfully requests this Court's Order excluding an additional 60 days from the Speedy Trial Act pursuant to Title 18 U.S.C. § 3161(h) and reschedule the Pretrial Motions deadline, the Trial Preparation Conference and the Jury Trial dates.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr.,P.C.
718 Huntington Place

Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (720) 242-8907
davidowen@lodopc.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Kelly Churnet – Kelly.churnet@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Joshua David Gess

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR.
Attorney for Defendant