United States District Court of Colorado

USA
v.
Joshua Gess

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 22 2020
JEFFREY P. COLWELL
CLERK

19 CR 0507

MOTION TO SHOW CAUSE

1. Defendants case was selected for a pilot trial.
2. Defendant has pending motions to appoint special prosecutor due to conflicts of interest created by civil rights litigation against judge Brimmer and prosecutors Churnet and Winstead.
3. Defendant also moved for change of venue to 9th Circuit and for Recusal of Judge Brimmer.
4. This is yet another example of Brimmers bias and prejudice to defendant. Denying trial for (7) months then suddenly setting trial in three weeks (Nov. 9, 2020) without motions hearing, rulings on outstanding motions or evidentiary hearing required for allegations and Grand Jury Misconduct, Speedy Trial Violations, Motions to Appoint Special Prosecutor and recusal of Judge Brimmer.
5. Clearly ethical issues are present and defendant makes another complaint to the record of Brimmers overt bias in an attempt to violate defendants rights without holding evidentiary hearing for issues which require mandatory evidentiary hearings.
6. Defendant moves for an order to show cause in an appealable order why he was selected for "Pilot Trial."
7. Defendant moves for an order to show cause why Brimmer refuses to hold evidentiary hearings for allegations of Grand Jury misconduct, recusal, and appointment of special prosecutor.

Respectfully Submitted
10-18-20

Joshua Klein
45589-013
9595 W. Quincy Ave.
Littleton, CO 80123

Legal Mail
10-18-20

U.S. District Ct.
901 19th St.
Denver, CO. 80294