**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 19-cr-00507-PAB

**UNITED STATES OF AMERICA**,

          Plaintiff,

v.

Joshua David Gess,

          Defendant.

---

**MOTION TO WITHDRAW NOTICE OF DISPOSITION**

---

COMES NOW, Joshua David Gess, by and through his attorney of record, David L. Owen, Jr., and respectfully requests this Court's Order withdrawing the Notice of Disposition (Doc. 110). In support thereof counsel states as follows:

1) On January 29, 2020, AFPD Mary Butterton on behalf of Mr. Gess filed a Notice of Disposition informing the Court the parties had reached a plea agreement (Doc. 110),

2) On September 24, 2020, the undersigned counsel entered his appearance pursuant to the Court's CJA appointment (Doc. 220).

3) On October 16, 2020, Mr. Gess informed the undersigned counsel it was his wish to proceed to trial in this matter.

4) On the undersigned counsel informed the Court of Mr. Gess' decision. Later that day, the Court entered an Order setting trial for November 9, 2020 (Doc. 231).

Wherefore the reasons stated above, Mr. Joshua David Gess, respectfully requests the

Notice of Disposition (Doc. 110) be withdrawn.

Respectfully submitted,

/s/ David L. Owen, Jr.
DAVID L. OWEN, JR. #39669
Law Office of David L. Owen, Jr., P.C.
718 Huntington Place
Highlands Ranch, CO 80126-4730
Telephone: (303) 993-7092
FAX: (303) 265-9202
davidowen@lodopc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following e-mail addresses:

AUSA Kelly Churnet – Kelly.churnet@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following

non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-

participant's name:

Joshua David Gess – U.S. Mail

/s/ David L. Owen, Jr.